```
LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Migdalia Laguer, aka<br>Migdalia Laguer-Kerl,<br>　　　　　Defendant | No. CV A 12-1950<br><br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Migdalia Laguer, aka Migdalia Laguer-Kerl, in the principal amount of $2,675.06 plus interest accrued to March 5, 2012, in the sum of $6,839.08; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**9,514.14**.

DATED: 04-17-12　　　　　　By: Terri Nafisi
　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　United States District Court