LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV A 12-1950 |
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Migdalia Laguer, aka | |
| Migdalia Laguer-Kerl, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Migdalia Laguer, aka Migdalia Laguer-Kerl, in the principal amount of $2,675.06 plus interest accrued to March 5, 2012, in the sum of $6,839.08; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of $**9,514.14**.

DATED: 04-17-12          By: Terri Nafisi
                              Clerk of the Court

                              Deputy Clerk
                              United States District Court